THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD
 NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY
 RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Lavon Mintz, Petitioner,
 v.
 State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Orangeburg County
James C. Williams, Trial Judge
 Perry M. Buckner, Post-Conviction Relief Judge
Memorandum Opinion No. 2010-MO-026
Submitted October 20, 2010  Filed October
 25, 2010                  
DISMISSED

 
 
 
 Appellate Defender Katherine H. Hudgins, South Carolina Commission
 on Indigent Defense, Division of Appellate Defense, of Columbia, for
 Petitioner.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Assistant Attorney General Mary S. Williams, all of Columbia, for
 Respondent.
 
 
 

PER
 CURIAM:  Petitioner seeks
 a writ of certiorari from the denial of his application for post-conviction
 relief (PCR).
The
 petition is denied as to petitioners Question 2.  However, because there is
 sufficient evidence to support the PCR judges finding that petitioner did not
 knowingly and intelligently waive his right to a direct appeal, we grant the
 petition for a writ of certiorari on petitioners Question 1, dispense with further
 briefing, and proceed with a review of the direct appeal issue pursuant to Davis
 v. State, 288 S.C. 290, 342 S.E.2d 60 (1986).

Petitioners
 appeal is dismissed, after review pursuant to Anders v. California, 386
 U.S. 738 (1967).  Counsels motion to be relieved is granted. 
DISMISSED.

TOAL,
 C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.